UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-615-T-17AEP

REGINALD HOLLIE
    a/k/a Reginald Bedford
    a/k/a Ronnie Bedford
    a/k/a Joseph Bedford

**PRELIMINARY ORDER OF FORFEITURE**

Following a jury trial, the defendant was found guilty of being a convicted felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Indictment.

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for (1) a Hi-Point C9, 9mm Pistol, serial number obliterated, and (2) nine rounds of 9mm ammunition.

The United States has established the required connection between the crime of conviction and the firearm and ammunition. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the firearm and ammunition described above are FORFEITED to the United States of America for disposition

CASE NO. 8:17-CR-615-T-17AEP

according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, this 15 day of May, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

**ELIZABETH A. KOVACHEVICH**
UNITED STATES DISTRICT JUDGE